Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

---

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

---

Name of Offender: **Ismael Tafolla-Barrera**

Case Number:  **2:06CR00270**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **October 24, 2007**

Original Offense: **Distribution of a Controlled Substance**

Original Sentence: **100 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **November 8, 2013**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

---

## SUMMARY

Mr. Tafolla-Barrera has submitted a request to travel to Veracruz, Cardel, Mexico to visit his mother and father. The offender's proposed travel dates are from December 12, 2015 to December 27, 2015.

Mr. Tafolla-Barrera is currently in compliance with all conditions of supervision and has maintained stable employment and residence.  The probation office respectfully requests that Tafolla-Barrera be allowed travel to Veracruz, Cardel, Mexico on the aforementioned dates.  Mr. Tafolla-Barrera is aware that if the Court does not authorize travel, he must remain in the United States until he satisfactorily completes his term of supervised release.


Respectfully submitted,

*Jodona L. Brown*  Jodona L. Brown
2015.11.24 10:42:39 -08'00'

Jodona L. Brown
United States Probation Officer

RE: Ismael Tafolla-Barrera

Form 12 - Travel
D/NV Form
Rev. June 2014

Approved:

Todd J. Fredlund
2015.11.23 17:07:49
-08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

☒   Requested Travel is Approved

☐   Requested Travel is Denied

☐   Other

Signature of Judicial Officer

November 25, 2015
Date