Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
# for
# the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Ismael Tafolla-Barrera**

Case Number: **2:06CR00270**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **October 24, 2007**

Original Offense: **Distribution of a Controlled Substance**

Original Sentence: **100 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **November 8, 2013**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## SUMMARY

Mr. Tafolla-Barrera has submitted a request to travel to Veracruz, Cardel, Mexico to visit his family along with his sick father. The offender's proposed travel dates are from December 21, 2016 to January 5, 2017.

Mr. Tafolla-Barrera is currently in compliance with all conditions of supervision and has maintained stable employment and residence. The probation office respectfully requests that Tafolla-Barrera be allowed travel to Veracruz, Cardel, Mexico on the aforementioned dates. Mr. Tafolla-Barrera is aware that if the Court does not authorize travel, he must remain in the United States until he satisfactorily completes his term of supervised release.

Respectfully submitted,
Jodona L. Brown

*Jodona L. Brown* 2016.11.10 14:13:32 -08'00'

Jodona L. Brown
United States Probation Officer

RE: Ismael Tafolla-Barrera

Form 12 - Travel
D/NV Form
Rev. June 2014

Approved:

*[signature]*  Todd Fredlund
2016.11.07 12:20:07
-08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

X     Requested Travel is Approved

☐     Requested Travel is Denied

☐     Other

*[signature]*

Signature of Judicial Officer

November 15, 2016
Date